UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Davenell L. Ash, | Misc. No. 25-0071 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Duluth Police Department, Gordon Ramsey, Carlton County Sheriffs, MN State Patrol, John Doe 1–100, and Jane Doe 1–100, | |
| Defendants. | |

Plaintiff Davenell L. Ash is barred from filing new cases in this District against various defendants—including, as relevant here, the Duluth Police Department—unless she is represented by counsel or first obtains written authorization from a judicial officer of this District. See Order, Docket No. 5, Ash v. Minnesota, Civ. No. 23-0891 (D. Minn. May 11, 2023). The Court thus construes Plaintiff's initial filing in this matter as containing am implicit request for such authorization. (Docket No. 1.) Upon review, the Court concludes that the proposed action lacks any arguable basis in fact or law and is therefore frivolous. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); Neitzke v. Williams, 490 U.S. 319, 325 (1989). Accordingly, the Court denies the request for authorization and directs that this proceeding be closed. The Court further certifies that any appeal would not be taken in good faith and, for that reason, any motion to proceed in forma pauperis on appeal will be denied. See Fed. R. App. P. 24(a)(3)(A).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 4, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge